◼ In the Matter of DONALD ARKEN, Petitioner, v NEW YORK CITY DEPARTMENT OF FINANCE, Respondent. [4 NYS3d 904]— Proceeding pursuant to CPLR article 78 to review a determination of the City of New York, Department of Finance, Parking Violations Adjudication Division, dated October 10, 2012, affirming a determination of an Administrative Law Judge dated June 20, 2012, which, after a hearing, inter alia, reinstated two previously dismissed parking violations, and imposed a penalty.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs.

"To annul an administrative determination made after a hearing directed by law at which evidence is taken, a court must conclude that the record lacks substantial evidence to support the determination" (*Matter of Mannino v Department of Motor Vehs. of State of N.Y.-Traffic Violations Div.*, 101 AD3d 880, 880 [2012]; see *Matter of Kelly v Safir*, 96 NY2d 32, 38

[2001]; *Matter of Pell v Board of Educ. of Union Free School Dist. No. 1 of Towns of Scarsdale & Mamaroneck, Westchester County*, 34 NY2d 222, 231 [1974]). Contrary to the petitioner's contention, there is substantial evidence in the record to support the determination under review (*see Matter of Peterson v State of N.Y. Dept. of Motor Vehs.*, 90 AD3d 1055 [2011]; 19 RCNY 39-10 [j]). Accordingly, the determination must be confirmed, the petition denied, and the proceeding dismissed.

The petitioner's remaining contentions are without merit.
Rivera, J.P., Sgroi, Maltese and LaSalle, JJ., concur.